DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00579-RFB-EJY |
| Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO EXTEND STAY OF LITIGATION** |
| vs. | |
| THE WILLOWS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that Bank of America, N.A. ("BANA") and SFR Investments Pool 1, LLC ("SFR") have reached a global settlement in principal on multiple properties, including the Property at issue in this case. The settlement will resolve all claims between BANA and SFR.

BANA and SFR have agreed to stay the litigation for ninety (90) days to allow additional time to finalize settlement. This will also provide an opportunity for BANA to discuss the potential for settlement as to its claims against The Willows Homeowners Association (the "Association").

Accordingly, BANA, SFR and the Association (collectively the "Parties") are submitting the instant Stipulation and Order seeking to extend the already existing stay of litigation in this matter.

Pursuant to a Minute Order in Chambers issued on October 17, 2019, this case was

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1  administratively stayed pending the result of the Nevada Supreme Court's order of en banc
2  reconsideration in the case *Bank of America, N.A. v. Thomas Jessup, LLC Series VII*. [ECF No.
3  63.] The Minute Order set a deadline of 30 days after the stay was lifted for refiling dispositive
4  motions. [ECF No. 63.] The Nevada Supreme Court issued its Order of en banc reconsideration
5  on May 7, 2020. *Bank of America, N.A. v. Thomas Jessup, LLC Series VII*, 462 P.3d 255 (Nev.
6  2020) (unpublished disposition), thereby resolving that issue. While the issuance of the Order did
7  not automatically lift the stay in this case, in an abundance of caution, the Parties hereby stipulate
8  to vacate the dispositive motion deadline set by the Court's October 7, 2019, Order, and stipulate
9  to extend the stay of litigation for ninety (90) days to allow additional time to finalize settlement.
10  …
11
12  …
13
14  …
15
16  …
17
18  …
19
20  …
21
22  …
23
24  …
25
26  …
27
28  …

1  The Parties further request the court set a deadline for filing a status report regarding the settlement for ninety (90) days from entry of this Stipulation and Order. This request to stay is being made in the interest of preserving judicial resources and, as set forth above, to allow additional time to finalize settlement. The Parties reserve the right to move to lift the stay and reinstate deadlines before the ninety (90) days if any of them choose to do so.

| DATED this 8th day of June, 2020.<br>**KIM GILBERT EBRON**<br><br>*/s/ Jacqueline A. Gilbert*<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>E-mail: jackie@kgelegal.com<br>*Attorneys for SFR Investments Pool 1, LLC* | DATED this 8th day of June, 2020.<br>**AKERMAN LLP**<br><br>*/s/ Holly E. Walker*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>E-mail: darren.brenner@akerman.com<br>E-mail: holly.walker@akerman.com<br>*Attorneys f*or *Bank of America, N.A.* |
|---|---|
|  | DATED this 8th day of June, 2020.<br>**BOYACK ORME & ANTHONY**<br><br>*/s/ Patrick A. Orme*<br>EDWARD DEAN BOYACK, ESQ.<br>Nevada Bar No. 5229<br>PATRICK A. ORME, ESQ<br>Nevada Bar No. 7853<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, NV 89117<br>E-mail: ted@boyacklaw.com<br>E-mail: patrick@boyacklaw.com<br>*Attorneys for The Willows Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of June, 2020.

- 3 -