1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  HOLLY E. WALKER, ESQ.
   Nevada Bar No. 14295
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email:  melanie.morgan@akerman.com
6  Email:  holly.walker@akerman.com

7  *Attorneys for plaintiff Bank of America, N.A.*

8
                  **UNITED STATES DISTRICT COURT**
9
                      **DISTRICT OF NEVADA**
10

11  BANK OF AMERICA, N.A.,                     Case No.: 2:16-cv-00579-RFB-EJY

12                         Plaintiff,           **JOINT   STATUS   REPORT   AND
                                                STIPULATION TO CONTINUE STAY
13  v.                                          (THIRD REQUEST)**

14  THE      WILLOWS      HOMEOWNERS'
    ASSOCIATION;      SFR    INVESTMENTS
15  POOL 1, LLC; ABSOLUTE COLLECTION
    SERVICES, LLC,
16
                         Defendants.
17

18         Plaintiff Bank of America, N.A. (**BANA**) and defendants the Willows Homeowners'

19  Association and SFR Investments Pool 1, LLC stipulate and agree to continue the stay of

20  proceedings for an additional 90 days.  In support of this stipulation, the parties represent as follows:

21         1.      On June 8, 2020, the parties filed a stipulation and order to vacate the dispositive

22  motions deadline and continue the already existing stay of litigation for 90 days.

23         2.      As part of the stipulation, the parties indicated BANA and SFR had reached a

24  settlement in principle, which had been executed, but required additional time for SFR to perform a

25  condition precedent to the settlement.

26         3.      The property in this case is part of a more global settlement between BANA and SFR

27  involving a significant number of cases.  BANA and SFR have worked diligently to get the

28  settlement finalized, but due to the COVID-19 pandemic, the parties to the settlement agreed to

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

55620942;1

extend the time for performance and are still working on performing a condition precedent to the settlement. The most recent signed agreement provides for full resolution of the condition precedent on or before May 5, 2021.

4.      The parties therefore agree to continue the stay of proceedings up to and including June 4, 2021.  This will afford BANA and SFR additional time to finalize the settlement without incurring extra expenses or burdening the court.  Additionally, this will allow time for settlement discussion to continue between BANA and the Willows.  The parties are aware of the extended time resolving this matter has taken and appreciate the court's patience.

5.      The parties agree any party may move to lift the stay during the time this matter is stayed pursuant to this stipulation.  The parties further reserve the right to stipulate to lift the stay during the time this matter is stayed pursuant to this stipulation.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

55620942;1

6.      This is the parties' third request for a continuance of the stay of proceedings and is not intended to cause any delay or prejudice to any party.

DATED this 7th day of December, 2020.

AKERMAN LLP

/s/ Holly E. Walker
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

Attorneys for plaintiff Bank of America, N.A.

KIM GILBERT EBRON

/s/ Chantel M. Schimming
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

Attorneys for defendant SFR Investments Pool 1, LLC

BOYACK ORME & ANTHONY

/s/ Patrick A. Orme
EDWARD D BOYACK, ESQ.
Nevada Bar No. 5229
PATRICK A ORME, ESQ.
Nevada Bar No. 7853
7432 W Sahara Ave.  Ste. 101
Las Vegas, NV 89117

Attorney for defendant Willows Homeowners' Association

## ORDER

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that the litigation stay is continued up to and including June 4, 2021.  The parties are to file a status report on or before June 4, 2021.

DATED: _December 23, 2020_____.

RICHARD F. BOULWARE, II
**United States District Court**

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572