MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>THE WILLOWS HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:16-cv-00579-RFB-EJY<br><br>**STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT THE WILLOWS HOMEOWNERS' ASSOCIATION** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant the Willows Homeowners' Association stipulate to dismiss all BANA's claims against the Willows, with prejudice.

///

///

///

///

///

///

///

///

///

58343506;1

Each party shall bear its own attorneys' fees and costs.

DATED May 27, 2021

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Patrick A. Orme* |
| MELANIE D. MORGAN, ESQ. | EDWARD D. BOYACK, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 5229 |
| DONNA M. WITTIG, ESQ. | PATRICK A. ORME, ESQ. |
| Nevada Bar No. 1105 | Nevada Bar No. 7853 |
| 1635 Village Center Circle, Suite 200 | 7432 W. Sahara Avenue, Suite 101 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89117 |
| *Attorneys for plaintiff Bank of America, N.A.* | *Attorneys for defendant the Willows Homeowners' Association* |

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 30th day of May, 2021.

2

58343506;1