MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> THE WILLOWS HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00579-RFB-EJY <br><br> **STIPULATION AND ORDER TO DISMISS ALL REMAINING CLAIMS** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant SFR Investments Pool 1, LLC, stipulate to dismiss all remaining claims in this action, with prejudice, with each party shall bear its own attorneys' fees and costs.

///

///

///

///

///

///

///

///

58459879;1

The parties note defendant Absolute Collection Services, LLC (**ACS**) answered BANA's complaint on April 7, 2016, ECF No. 9, but its counsel subsequently withdrew on December 17, 2019, ECF No. 44. ACS therefore does not have counsel to approve this stipulation, but BANA requests the court dismiss its claims against ACS so this matter can be closed. ACS does not plead any affirmative claims.

DATED this 3rd day of June, 2021.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Diana S. Ebron* |
| MELANIE D. MORGAN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10580 |
| DONNA M. WITTIG, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 1105 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89139 |
| *Attorneys for plaintiff Bank of America, N.A.* | *Attorneys for defendant SFR Investments Pool 1, LLC* |

## ORDER

Based on the foregoing stipulation, all remaining claims in this action are dismissed, with prejudice, each party to bear its own attorneys' fees and costs. This matter shall be closed.



RICHARD E. BOULWARE, II
United States District Court

DATED this 3rd day of June, 2021.

2

58459879;1